[No. 11855-0-III.  Division Three.  April 6, 1993.]

LEE MCKEWEN, ET AL, *Appellants*, v. SUNNYSIDE
COMMUNITY HOSPITAL, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 90-2-00430-8, Heather Van Nuys, J., entered

August 30, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.